Colleen O'Hara, CSB 261827
Attorney at Law
205 South Broadway Suite 902
Los Angeles, CA 90012

Tel (213) 628-3929
Fax (213) 628-3908

FILED

2020 MAY -8  PM 12: 53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus Miron, | **CASE NUMBER** |
| | **20CM00077** |
| Plaintiff(s) | |
| v. | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| Josias Salazar, Warden of FCI-Sheridan, Federal Bureau of Prisons, Donald Washington, Director, U.S. Marshals Service, | ☐ AD PROSEQUENDUM  ☑ AD TESTIFICANDUM |
| Defendant(s). | |

The undersigned ☐ Assistant United States Attorney ☑ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☐ Ad Prosequendum ☑ Ad Testificandum for:

Name of Detainee: Dr. Kain Kumar

Alias: _____

BOP/Booking No: 73695-112

Detained by: ☑ Warden Josias Salazar

☐ Other _____

Detained at: FCI-Sheridan, 27072 Ballston Road, Sheridan, OR 97378

*(Specify name and location of detention facility)*

Detainee is requested for the following reasons: *Detainee is a material witness for the defense in Los Angeles Superior Court Case No. MA068319. Please see attached.*

Appearance is necessary on ___August 12, 2020___ at ___8:30 am___ before the Honorable

David E. Hizami _____ Judge/Magistrate Judge.

Location: ☐ U.S. District Court _____
*(Court Address)*
☑ Other Los Angeles Superior Court, A17, 42011 4th St. West, Lancaster, CA 93534
*(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: ___5/5/2020___

_____
*Signature of attorney*

*An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER)* **MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.**