Colleen O'Hara
Attorney At Law
California State Bar No. 201827
205 South Broadway, Suite 902
Los Angeles, CA 90012
Telephone (213) 628-3929
Facsimile (213) 628-3908
Email: colleenoharalaw@yahoo.com

Attorney for PETITIONER
JESUS MIRON

FILED
2020 MAY -8 PM 12:51

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JESUS MIRON,<br><br>    Petitioner,<br><br>v.<br><br>JOSIAS SALAZAR, WARDEN OF FCI SHERIDAN, FEDERAL BUREAU OF PRISONS, DONALD WASHINGTON, DIRECTOR, U.S. MARSHALS SERVICE,<br><br>    Respondents. | CASE NO.<br><br>20CM00077 |

### DECLARATION OF COLLEEN O'HARA

I, Colleen O'Hara, affirm that if called to testify, I could competently testify to the following facts based on personal knowledge, or, alternatively, where indicated, I could state based on information and belief that the following facts are true:

I am an attorney and represent Petitioner Jesus Miron in a criminal matter of the *People of the State of California v. Jesus Miron*, Case Number MA068319 in the Los Angeles Superior Court, Michael D. Antonovich Antelope Valley Courthouse, located at 42011 4th Street West, Lancaster, CA 93534 in Department A17, in Lancaster, CA

93534. Petitioner's trial is set to start between July 31, 2020 and August 4, 2020.

Petitioner faces a mandatory sentence of life in prison if convicted of any one of the counts alleged in the amended information.

Petitioner has always maintained his innocence.

Federal inmate Dr. Kain Kumar, Register Number 73695-112, who is serving a sentence of 24 months at FCI Sheridan, located at 27072 Ballston Road, Sheridan, OR 97378, as a result of a conviction in case number 2:16-cr-00364-PSG, for one or more violations of health care fraud and distributing prescription narcotics.

Dr. Kain Kumar is a percipient witness as to the allegations made against Petitioner by the prosecuting attorney in his pending trial in the Los Angeles Superior Court.

Trial is set for June 30th of this year as a "35 of 70." The setting date means that the trial is projected to start on or about the "67 of 70" date, which would mean that the trial would start on July 31st, August 3rd, or August 4th. The undersigned counsel for the Petitioner would like to call DR. KAIN KUMAR to testify for the defense on or about August 12, 2020. His presence would be projected to be needed for one court day.

This trial would be a third retrial. The first two trials were mis-tried because the jurors could not reach unanimous verdicts. *See* Exhibit One.

In a nutshell, the maternal grandfather, who used to live on the same property as Petitioner, accused Petitioner of molesting his own daughter after Petitioner repeatedly refused to surrender his parental rights so that the maternal grandfather could adopt his children.

The mother of the complaining witness reported that her father, the maternal grandfather, threatened to fabricate a crime to get her prosecuted if she refused to surrender her parental rights. Accordingly, out of fear, the mother surrendered her parents rights.

The undersigned discovered through the defense investigation that the maternal grandfather had suffered three domestic violence-related convictions as to his second wife, which he had denied during an investigation. His first wife has stated to the defense investigator that the maternal grandfather beat her routinely and would put a gun to her head and threaten to kill her. Four young girls had been sexually molested and removed from the home of the maternal grandfather before the Petitioner ever knew him or his family, and the perpetrator has never been determined as to any of those incidents.

The undersigned believes that the maternal grandfather has coerced and coached the complaining witness to make false statements about Petitioner in order to obtain full custody of the complaining witness.

Initially, the complaining witness told authorities that Petitioner, her father, was a good man, but that she wanted to live with the maternal grandfather and his wife because they were wealthy and had a larger home. However, after Petitioner repeatedly refused to surrender his parental rights, the maternal grandfather made allegations against Petitioner first of neglect, and when that allegation was not sustained, then of physical abuse, and when that allegation was not sustained, then of sexual abuse.

DR. KAIN KUMAR was the pediatrician for the complaining witness during the period that the complaining witness now claims that the physical and sexual abuse occurred.

The complaining witness now claims that Petitioner, her father, physically and sexually abused her every night for four years. Specifically, the complaining witness claims that every night, the Petitioner cut her arms and legs with a machete, cut her wrists and legs by using restraints, and vaginally and anally raped her every night. Petitioner asserts that he has never harmed her and that she had no visible injuries or scars when she was living with him. Petitioner further asserts that he has always loved his daughter properly as a father.

Before DR. KAIN KUMAR surrendered to serve his sentence, the undersigned subpoenaed the medical records of the complaining witness. However, through his staff, DR. KAIN KUMAR stated that he could not locate the records but that he recalled seeing the complaining witness as a patient and recalled Petitioner, who, as a single father, brought her to her appointments, and that he did not see any indications of any type of abuse.

Accordingly, DR KAIN KUMAR would be able to provide exculpatory evidence were he allowed to testify for the defense at trial.

The undersigned has no reason to believe that DR. KAIN KUMAR would be a flight risk if he were allowed to testify at trial. Dr. Kumar was convicted of non-violent crimes that relate to selling prescription drugs.

This declaration incorporates all facts not otherwise referenced herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 5, 2020 in Los Angeles, California



COLLEEN O'HARA